### A08A0983. FORTNER v. GRANGE MUTUAL CASUALTY COMPANY.
(690 SE2d 214)

JOHNSON, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Fortner v. Grange Mut. Cas. Co.*, 286 Ga. 189 (686 SE2d 93) (2009) our decision in *Fortner v. Grange Mut. Cas. Co.*, 294 Ga. App. 671 (669 SE2d 658) (2008) is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

---

[3] Id. at 124-126 (4) (b).

[4] (Citation omitted.) Id. at 822.

[5] See *Shadix v. Carroll County*, 274 Ga. 560, 563-564 (1) (554 SE2d 465) (2001).

*Judgment reversed. Miller, C. J., Blackburn, P. J., Smith, P. J., Barnes, Ellington and Phipps, JJ., concur.*

DECIDED JANUARY 7, 2010.

*Savage, Turner, Pinson & Karsman, Robert B. Turner, Kathryn H. Pinckney, Parks, Chesin & Walbert, David F. Walbert, Hasty Pope, Marion T. Pope, Jr.*, for appellant.

*Martin Snow, Robert R. Gunn II, Thomas P. Allen III, John S. Edwards, Oliver Maner, Inman G. Hodges*, for appellee.